UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JERONIMO VICTORIANO ESQUIVEL,
individually and on behalf of others similarly
situated,
               Plaintiff,

v.                                                **ORDER**

LA GLADYS RESTAURANT INC., jointly and      20 CV 4857 (VB)
severally doing business as Gladys Restaurant;
GLADYS BARSOLAS; ANTONIO AGUILAR;
and AYZA G. BARZOLA,
               Defendants.
--------------------------------------------------------------x

       On June 24, 2020, plaintiff Jeronimo Victorino Esquivel commenced the instant action against defendants La Gladys Restaurant Inc., Gladys Barsolas, Antonio Aguilar, and Ayza G. Barzola. (Doc. #1).

       On June 25, 2020, the Clerk of Court issued summonses as to defendants La Gladys Restaurant Inc. and Antonio Aguilar. (Docs. ##7, 8). On July 24, 2020, the Clerk issued summonses as to Gladys Barsolas and Ayza G. Barzola. (Docs. ##14, 17).

       Also on July 24, 2020, plaintiff docketed a proof of service indicating service on defendant La Gladys Restaurant Inc. on July 23, 2020. (Doc. #16). Accordingly, La Gladys Restaurant Inc. had until August 13, 2020, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

       However, the ECF docket does not reflect the status of service on defendants Gladys Barsolas, Antonio Aguilar, and Ayza G. Barzola. Pursuant to Fed. R. Civ. P. 4(m), plaintiff has until September 22, 2020, to serve these defendants.

       Accordingly, it is HEREBY ORDERED:

       By September 8, 2020, plaintiff's counsel shall notify the Court, in writing, of the status of service on defendants Gladys Barsolas, Antonio Aguilar, and Ayza G. Barzola, or, if such defendants have already been served, shall file on the ECF docket proof of service of same.

Dated: August 31, 2020
       White Plains, NY

                                                        SO ORDERED:

                                                        Vincent L. Briccetti
                                                        United States District Judge