UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JERONIMO VICTORIANO ESQUIVEL, :
individually and on behalf of others similarly :
situated, :
                Plaintiff, :
v. : **ORDER**
 :
LA GLADYS RESTAURANT INC., jointly and : 20 CV 4857 (VB)
severally doing business as Gladys Restaurant; :
GLADYS BARSOLAS; ANTONIO AGUILAR; :
and AYZA G. BARZOLA, :
                Defendants. :
--------------------------------------------------------------x

      By Order dated September 2, 2020, the Court instructed plaintiff to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendants La Gladys Restaurant Inc., Gladys Barsolas, Antonio Aguilar, and Ayza G. Barzola, by September 23, 2020. (Doc. #22).

      The September 2 Order warned plaintiff, in bold and underlined font, that the Court may dismiss this case without prejudice for failure to prosecute or failure to comply with court orders if plaintiff failed to satisfy this deadline. (Doc. #22).

      To date, plaintiff has failed to move for default judgment against defendants.

      The Court <u>sua sponte</u> extends to <u>October 9, 2020</u>, plaintiff's deadline to comply with the Court's September 2 Order. **<u>If plaintiff fails to move, by order to show cause, for default judgment against defendants by October 9, 2020, the Court will dismiss this case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).</u>**

Dated: October 2, 2020
       White Plains, NY

                                      SO ORDERED:

                                      Vincent L. Briccetti
                                      United States District Judge