**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**(WESTCHESTER)**

-------------------------------------------------------------X

JERONIMO VICTORIANO ESQUIVEL,
*individually and on behalf of others similarly situated*

        *Plaintiff,*

        -against-

ANTONIO AGUILAR, GLADYS BARSOLAS,
AYZA G BARZOLA AND LA GLADYS
RESTAURANT INC. (*dba.* LA GLADYS
RESTAURANT) *jointly and severally.*
*Defendants.*

**NOTICE OF MOTION
FOR DEFAULT
JUDGMENT**

7:20-cv-04857-VB

        *Defendants.*

-------------------------------------------------------------X

PLEASE TAKE NOTICE that upon the Declaration of Lina Stillman, dated October 7, 2020 and upon the accompanying Memorandum of Law, and upon all prior proceedings, pleadings, and filings in this Action, Plaintiff will move this Court at the United States Courthouse for the Southern District of New York, 300 Quarropas St, White Plains, NY 10601, before the Honorable Vincent Briccetti, United States Magistrate Judge, for an order entering judgement by default against all Defendants, and for such other and further relief as the court deems just and proper.

Dated: New York, New York
October 7, 2020

        STILLMAN LEGAL

        BY:    /s/LINA STILLMAN
               42 Broadway, 12th Floor
               New York, New York 10004
               Telephone: (800) 933-5620
               *Attorneys for Plaintiffs*