UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jeronimo Victoriano Esquivel *individually and on behalf of all other employees similarly situated* <br><br> *Plaintiff*, <br><br> -v- <br><br> ANTONIO AGUILAR, GLADYS BARSOLAS, AYZA G BARZOLA AND LA GLADYS RESTAURANT INC. (*dba*. LA GLADYS RESTAURANT) *jointly and severally.* <br><br> *Defendants.* | **[PROPOSED] DEFAULT JUDGMENT** |

This action was commenced on June 24, 2020 (Docket # 1) Summons were issued for the corporate defendant (Docket 7) and individual defendants (Dockets 8, 14, 17). On September 1, all individual Defendants were served (Dockets 19, 20, 21). Corporate Defendant was properly served through the Secretary of State on July 23 (Docket 16).

To date, no defendant has answered the Complaint or otherwise appeared or moved, and the Clerk of this Court has certified the default of all Defendants (Dockets 32, 35, 36, 39,) The time for answering the Complaint having expired, it is

NOW, on motion of Plaintiff, by his attorney Stillman Legal PC., It is hereby ORDERED, ADJUDGED AND DECREED:

That the Plaintiff have judgment jointly and severally against the Defendants ANTONIO AGUILAR, GLADYS BARSOLAS, AYZA G BARZOLA AND LA GLADYS RESTAURANT INC. (*dba*. LA GLADYS RESTAURANT)., in the total amount of $224,826.78 including (A) compensatory damages for unpaid minimum and overtime wages in the amount of $86,904.00

(B) statutory damages for violation of New York Labor Law §193 and §195 in the amount of $<u>10,000</u>, liquidated damages of $86,904 and spread of hours in the amount of $18,144.00.

That the Plaintiff is awarded attorney's fees and costs in the amount of $3,053.00

That the Plaintiff is awarded post judgment interest, as calculated under 28 U.S.C. § 1961.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated: New York, New York

October 7, 2020

_____
U.S.D.J.