UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JERONIMO VICTORIANO ESQUIVEL,
*individually and on behalf of others similarly
situated*,
                Plaintiff,

v.

ANTONIO AGUILAR, GLADYS BARSOLAS,
AYZA G. BARZOLA, and LA GLADYS
RESTAURANT INC *d/b/a* GLADYS
RESTAURANT, *jointly and severally*,
                Defendants.
--------------------------------------------------------------x

**ORDER AND PARTIAL DEFAULT JUDGMENT**

20 CV 4857 (VB)

As discussed at a hearing today, at which plaintiff's counsel appeared by telephone, no attorney for defendant La Gladys Restaurant Inc. *d/b/a* Gladys Restaurant appeared, and defendants Antonio Aguilar, Gladys Barsolas, and Ayza G. Barzola did not appear, it is HEREBY ORDERED:

1. Plaintiff has sufficiently established the liability of defendants. Accordingly, plaintiff's motion for a default judgment is granted in part. Plaintiff is entitled to judgment on liability.

2. After reviewing plaintiff's submissions concerning damages, the Court finds further review is necessary before entering an award on damages. Accordingly, by separate Order, the Court will refer this case to Magistrate Judge Krause for an inquest on damages.

3. The Clerk is instructed to terminate the motion. (Doc. #42).

Dated: November 13, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge