```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/19/21
```



## STILLMAN LEGAL, P.C
——— www.FightForUrRights.com ———
42 BROADWAY, 12TH FLOOR, NEW YORK NY 10004

> APPLICATION GRANTED
> The Order and Partial Default Judgment, dated 11/13/2020 (Doc. #50), is VACATED. The case is dismissed without prejudice. The Clerk is instructed to terminate the motion (Doc. #57) and close this case.
> SO ORDERED:
>
> /s/ Vincent L. Briccetti
>
> Vincent L. Briccetti, U.S.D.J.     5/19/2021

**VIA ECF**
Hon Vincent L. Briccetti
United States District Court
Eastern District of New York
500 Pearl Street
New York, NY 10007

Re:   Esquivel v. Aguilar
      Civil Case No.: 7:20 CV- 4857

Dear Honorable Judge Bricetti:

Our office represents Plaintiff Esquivel in the above-referenced matter. We are in receipt of a notice from the Department of Labor dated September 9, 2019 (Exhibit). Unbeknownst to the undersigned, Plaintiff Esquivel was part of a Department of Labor investigation which is ongoing and will likely reach a settlement in the coming weeks on behalf of Mr. Esquivel and other claimants.

Plaintiff respectfully requests that the default be vacated and that the case in this Honorable Court be dismissed without prejudice to the New York Department of Labor to adjudicate and settle all claims on behalf of Mr. Esquivel.

Respectfully submitted,
**STILLMAN LEGAL, P.C.**
 /s/Lina Stillman
*Counsel for Plaintiff*

Cc: Counsel for all Defendants:
<u>Anthony R. Tirone, Esq.</u>
Law Office of Anthony R. Tirone, Esq. P.C.
170 Hamilton Avenue, Suite 300
White Plains, New York 10601
*ARTY@ARTironeLaw.Com*
*914-686-7007*